**FILED**

04/14/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0155

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0155

FILED

APR 1 4 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

MATTHEW RYAN AILER,

Petitioner and Appellant.

v.

ORDER

STATE OF MONTANA,

Respondent and Appellee.

Pro Se Appellant Matthew Ailer has moved this Court to opt out of the appellate mediation requirement set forth by Rule 7 of the Montana Rules of Appellate Procedure. There is no objection to the motion. Good cause appearing,

IT IS ORDERED that the motion to waive mediation is GRANTED.

DATED this 14 day of April, 2023.

For the Court,

_____
Chief Justice